JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETAL HAJAJ, et al., | Case No. 2:21-cv-06524-KES |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ALEJANDRO MAYORKAS, | |
| Secretary of Homeland Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Court's Order Affirming Defendant's Decision, Defendant's decision is affirmed and this action is dismissed with prejudice.

DATED: July 20, 2023

_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE